```
MOTION:
Granted      ✓
Denied       ____
Overruled    ____
Date
О(һ рм 5/13/05
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,          )<br>)<br>)<br>Plaintiff,                           )   Cause No.: 4:07-cv-01324-TCM<br>)<br>v.                                  )<br>)<br>JAMES M. GALLINGER,                 )<br>)<br>Defendant.                          ) | |

### DEFENDANT'S MOTION FOR ADDITIONAL TIME TO COMPLY WITH "PART II. ORDERS RELATING TO TRIAL" OF THIS COURT'S 10/03/2007 SCHEDULING ORDER

COMES NOW, Defendant, by and through the undersigned counsel and for his Motion for Additional Time to Comply with "Part II. Orders Relating to Trial" of this Court's 10/03/2007 Scheduling Order states as follows:

1. The original Scheduling Order in this matter was entered by this Court on 10/03/2007.

2. Defendant's Counsel entered his appearance in this case on 4/29/2008.

3. In June of 2008, Defendant's Counsel initiated a firm wide restructuring of the computer systems and most, but not all, of the calendaring events transferred seamlessly. The process was not flawless and several calendaring events were lost due to unforeseeable circumstances. Paper calendars were printed from the old system to assist with the process of ensuring that all calendar events were accurate.

4. After new counsel entered this case, this Court entered an Order amending some, but not all of the previous scheduling order on 9/19/2008. These dates were added to the new system.

1