UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case no. 4:07cv1324 TCM |
| JAMES M. GALLINGER, | ) ) | |
| Defendant. | ) | |

## ORDER

Comes now the Court and amends nunc pro tunc the first full sentence on page eight of its November 18, 2008, Memorandum and Order to read: "An affirmative answer to the earlier questionnaires does *not* call into question the reasonableness of Plaintiff's reliance on Defendant's undisputedly incorrect answer to a question in 2003." (Amended portion in italics.)

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 27th day of May, 2009.